## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Respondent/Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No: 10-CR-0022-JHP |
| ELMER MARAVILLA, | ) | |
| | ) | |
| *Petitioner/Defendant*. | ) | |

## OPINION AND ORDER

Before the Court is Petitioner Elmer Maravilla's ("Maravilla") motion to extend the time for filing a notice of appeal pursuant to Fed. R. App. Pro. 4(a)(5).  Maravilla alleges that he needs an extension of time because he is proceeding *pro se* and needs additional time to effectively file an appeal.  Pursuant to Fed. R. App. Pro. 4(a)(5), the district court may extend the time to file a notice of appeal if a party "shows excusable neglect or good cause."  The Court finds Maravilla has demonstrated good cause for an extension in his motion.  Accordingly, Maravilla is granted until 14 days after the entry of this order to file his notice of appeal.

James H. Payne
United States District Judge
Northern District of Oklahoma